### 40087. MATHIS v. AETNA CASUALTY & SURETY COMPANY et al.

BELL, Judge. The evidence was sufficient to authorize the finding by the State Board of Workmen's Compensation that the claimant was not the legal widow of the deceased employee. The board did not err in denying compensation to the claimant.

*Judgment affirmed. Carlisle, P. J., and Hall, J., concur.*

DECIDED MAY 10, 1963.

758

*George L. Wheeler, Jr., William M. Redman, Jr.,* for plaintiff in error.

*Smith, Field, Ringel, Martin & Carr, Richard D. Carr, Williston C. White, H. A. Stephens, Jr.,* contra.